# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Southern _____ CASE # 10 CIV 08665
(NAME OF COURT) District of New York

PLAINTIFF/ Raymond A. Conta, an individual, on behalf of himself and all others simularly situated
VS.

DEFENDANT/ Amerassist A/R Solutions, Inc. et al.

I __Rev. Tony Hodge__, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served __Amerassist A/R Solutions, Inc. et al.__
NAME OF PERSON/ENTITY BEING SERVED

With (list documents) __Summons In A Civil Action and Demand For Jury Trial__

By leaving with __Peggy Wright, Receptionist__
NAME                                    RELATIONSHIP

[ ] Residence _____
ADDRESS                                    CITY/STATE

[X] Business __460 Polaris Parkway, Westerville, Ohio, 43082__
ADDRESS                                    CITY/STATE

On __December 2, 2010__ At __11:00a.m.__
DATE                                    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

From _____    Active Military [ ]    [ ]
CITY      STATE      ZIP                                                        YES      NO

Manner of Service:
[ ] Personal: By personally delivering copies to the person being served.
[ ] Substituted at Residence: By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ___ and explaining the general nature of the papers.
[X] Substituted at Business: By leaving, during office hours, copies at the office of the person/entity be served with the person apparently I charge thereof.
[ ] Posting: By posting copies in a conspicuous manner to the up front door of the person/entity be served.
[ ] Non-Service: After due search, carefully inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity served because of the following reason (s):
[ ] Unknown at address    [ ] Moved, Left no Forwarding    [ ] Service Cancelled by Litigant    [ ] Unable the Serve in timely fashion    [ ] Address does not exist    [ ] Other _____

Service Attempts: Service was attempted on: (1)_____    (2)_____
                                                                DATE      TIME              DATE      TIME
(3)_____    (4)_____    (5)_____
DATE      TIME              DATE      TIME              DATE      TIME

Description: Age __45__ Sex __f__ Race __w__ Height __5'7"__ Weight __180__ Hair __brn.__ Beard __no__ Glasses __yes__

Signature of Process Server

SUBSCRIBED AND SWORN to before me this __3rd__ day of __Dec__, 20__10__

Signature of Notary Public

NOTARY PUBLIC for the state of OHIO

C.O.P.S. d.b.a. of Dr. A.T. Hodge Legal Services Ltd
1695 Franklin Ave.
Columbus OH 43205
(614) 231-5595
Cleveland Office: (216) 906-9444
1-877-LAW-TONY

RENEA N. LANGSTON
Notary Public, State of Ohio
My Commission Expires 12-06-2012

N.A.P.P.S    U.S.P.S.A 10 YEAR Member

2